**UNITED STATES DISTRICT COURT**  **EASTERN DISTRICT OF TEXAS**

CALVIN BAKER, #15339-078                   §
                                                        §
*versus*                                                §   CIVIL ACTION NO. 4:12-CV-345
                                                        §   CRIMINAL ACTION NO. 4:08-CR-67(7)
UNITED STATES OF AMERICA        §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge

Amos L. Mazzant.  The Report and Recommendation of the Magistrate Judge, which contains

proposed findings of fact and recommendations for the disposition of such action, has been presented

for consideration, and no objections  having been timely filed, the Court is of the opinion that the

findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and

conclusions of the Court.  It is accordingly

**ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in

Federal Custody (#1) pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice.  All motions

by either party not previously ruled upon are **DENIED**.

SIGNED at Beaumont, Texas, this 20th day of March, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE